ACCEPTED
03-14-00669-CR
5273162
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 4:05:12 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00669-CR

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE THIRD** |
| | § | **DISTRICT COURT OF** |
| **JUSTIN CARTER** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 4:05:12 PM
JEFFREY D. KYLE
Clerk

### STATE'S NOTICE OF INTENT TO ARGUE BEFORE THE COURT

Dear Mr. Jeffrey D. Kyle, Clerk of the Honorable Third District Court of Appeals:

The Court ordered that oral argument in the above styled and numbered cause would take place on June 3, 2015 at 9:00 a.m. before Chief Justice Rose, Justice Goodwin and Justice Field. The Court requested that our office notify you in writing of our intention to argue the case before the Court. Accordingly, the State files this written notice that Assistant District Attorney Chari L. Kelly, author of the State-Respondent's brief, intends to argue this case before the Court on June 3rd with another attorney from our office sitting second chair.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

1

## <u>CERTIFICATE OF SERVICE</u>

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Notice of Intent to Argue Before the Court* has been delivered to Appellant JUSTIN CARTER's attorney in this matter:

> Chad P. Van Brunt
> vanbruntlaw@live.com
> 210 S. St. Mary's Street
> Suite 1840 – Tower Life Bldg.
> San Antonio, TX  78205
> *Counsel for Appellant on Appeal*

By electronically sending it to his above-listed email address through eFileTexas.gov, on this 13th day of May, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**